An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN LUTHER,
Appellant,
vs.
WELLS FARGO BANK, N.A.; AND
MERRILL LYNCH MORTGAGE
LENDING, INC., (Subprime),
Respondents.

No. 60544

**FILED**

OCT 0 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On September 30, 2013, the parties filed a stipulation agreeing to dismiss this appeal. The stipulation does not specifically indicate whether appellant is seeking to dismiss this appeal with respect to respondent Merrill Lynch Mortgage Lending. Nonetheless, because Merrill Lynch is represented by the same counsel as Wells Fargo, we construe the stipulation as an agreement to dismiss this appeal in its entirety. Having considered the stipulation, we approve it and hereby dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Pickering

cc:   Hon. Patrick Flanagan, District Judge
      Mark L. Mausert
      Tiffany & Bosco, P. A.
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-29725